# INDIANA NATURAL GAS AND OIL COMPANY OF NEW YORK *v.* ELLIOTT.

[No. 8,198. Filed December 18, 1914.]

From Howard Circuit Court; *Lex J. Kirkpatrick*, Judge.

Action by Jesse Elliott against the Indiana Natural Gas and Oil Company of New York. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*W. O. Johnson* and *Blacklidge, Wolf & Barnes*, for appellant.
*Bell, Kirkpatrick & Voorhis*, for appellee.

IBACH, J.—Action by appellee Jesse Elliott to quiet title to one-twenty-fourth interest in certain lands in Howard County, and for partition. The facts relating to appellee's claim to the lands are precisely the same as in the case of *Stone* v. *Elliott* (1914), 182 Ind. 454, 106 N. E. 710, decided at the last term of that court, in which this same appellee was appellee; and appellant's title to the lands in controversy rests upon the same basis as that of appellant Stone in the case of *Stone* v. *Elliott*, *supra*. In that appeal were presented all of the questions presented by this appeal, all of which were decided in favor of appellant in that case.

Upon the authority of *Stone* v. *Elliott*, *supra*, the judgment is reversed, with directions to the trial court to restate its conclusions of law in favor of appellant.